FILED
IN OPEN COURT

MAY 14 2018

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 4:18CR36 |
| v. | ) | |
| | ) | |
| AMANDA VIGLIETTA, | ) | 18 U.S.C. § 1341 |
| | ) | Mail Fraud |
| Defendant. | ) | (Count 1) |
| | ) | |
| | ) | 18 U.S.C. § 1014 |
| | ) | False Statement to Financial Institution |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 1028A |
| | ) | Aggravated Identity Theft |
| | ) | (Count 3) |
| | ) | |
| | ) | 18 U.S.C. § 1343 |
| | ) | Wire Fraud |
| | ) | (Count 4) |

INDICTMENT

May 2018 Term - At Newport News, Virginia

GENERAL ALLEGATIONS

At all relevant times:

1. Advanced ENT & Allergy ("Advanced ENT") was a medical practice located in Newport News, Virginia, owned and operated by T.Q., a medical doctor.

2. T.Q. had a business bank account for Advanced ENT at TowneBank, for which T.Q. and his wife, K.Q., were the only authorized signers. Advanced ENT also had certain credit/debit cards that were for business use.

3. Beginning in or about April 2016 through in or about December 2016, AMANDA VIGLIETTA, the defendant herein, was employed as the bookkeeper for Advanced ENT.

1

4. TowneBank and Celtic Bank were financial institutions as defined by Title 18, United States Code, Section 20.

5. In her capacity as bookkeeper, the defendant was responsible for maintaining the financial records of Advanced ENT, including balancing the TowneBank operating/payroll account (ending in 2945) and paying outstanding invoices and payroll. Prior to issuing checks for payment, the defendant was to present such checks for approval and signature by either T.Q. or K.Q.

6. On or about December 7, 2016, the defendant was fired from Advanced ENT.

7. On or about December 15, 2016, the defendant caused to be registered with the Virginia State Corporation Commission a limited liability company called Mumbling Mikes, LLC ("Mumbling Mikes").

8. On or about January 24, 2017, the defendant opened an account for Mumbling Mikes at SunTrust Bank in Newport News, Virginia.

9. On or about February 16, 2017, the defendant caused to be made an application for a United States Small Business Administration (SBA) guaranteed loan through Celtic Bank, using the information of her father, T.V. The application listed T.V. as the owner of Mumbling Mikes, with the defendant listed as co-owner. The contact phone number listed as belonging to T.V. was actually assigned to the defendant. The application contained T.V's date of birth (year 1963), social security number (ending in 4435) and forged signatures throughout. A counterfeit Virginia Driver's License bearing T.V.'s personal identifying information and likeness was sent electronically to Celtic Bank as proof of identity.

10. On or about March 10, 2017, Celtic Bank approved the requested loan.

11. On or about March 13, 2017, Celtic Bank wired approximately $148,400 from Salt Lake City, Utah to the aforementioned SunTrust Bank account of Mumbling Mikes located in Newport News, Virginia.

12. The defendant subsequently spent large portions of this approved business loan on personal expenditures and the obtaining of cashier's checks.

## SCHEME AND ARTIFICE

13. Beginning on a date unknown, but believed to be in or about at least April 2016 and continuing through in or about March 2017, in the Eastern District of Virginia and elsewhere, AMANDA VIGLIETTA, the defendant herein, did devise and carry out a scheme and artifice to: (1) embezzle, steal, obtain by fraud, and otherwise without authority convert to her own use moneys and funds owned by Advanced ENT and T.Q. and held in accounts at TowneBank and via credit/debit cards associated with Advanced ENT; and (2) to make false and fraudulent application to Celtic Bank for an SBA guaranteed business loan using the stolen identity of T.V., the proceeds of which the defendant fraudulently obtained and spent on various personal purchases and to obtain cashier's checks.

14. The purposes and objects of this scheme and artifice were for VIGLIETTA to steal and misappropriate funds from Advanced ENT and T.Q. that she used without authority to enrich herself and others; and to make fraudulent application for a loan at Celtic Bank using the information of T.V. in order to obtain funds for personal purposes.

15. It was a part of the scheme and artifice that the defendant forged T.Q.'s signature on checks from Advanced ENT's TowneBank account and caused such checks to be issued to herself, her boyfriend and to other persons and businesses to whom and which she owed money.

16. It was further a part of the scheme and artifice that the defendant caused such forged checks to be sent to various individuals and/or entities through the use of the United States mail.

17. It was further a part of the scheme and artifice that the defendant made fraudulent entries in the QuickBooks records of Advanced ENT in order to conceal her misappropriation of funds.

18. It was further a part of the scheme and artifice that the defendant made unauthorized and fraudulent use of the credit/debit cards associated with Advanced ENT.

19. It was further a part of the scheme and artifice that the defendant fraudulently misappropriated funds in the approximate amount of over $180,000 from Advanced ENT.

20. It was further a part of the scheme and artifice that the defendant fraudulently used her father's identity, without his permission, to make application for and obtain an SBA guaranteed business loan from Celtic Bank.

21. It was further a part of the scheme and artifice that the defendant caused the proceeds of the aforementioned loan to be disbursed, via wire transmission, between Celtic Bank, located in Salt Lake City, Utah, and SunTrust Bank in Newport News, Virginia.

## COUNT ONE

THE GRAND CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about August 1, 2016, in the Eastern District of Virginia, AMANDA VIGLIETTA, the defendant herein, having devised a scheme and artifice to defraud and for obtaining money and property by means of materially false, fraudulent and fictitious pretenses, representations, and promises, as described in Paragraphs 13 - 21 above and incorporated herein by reference, for the purpose of executing and attempting to effectuate said scheme and artifice, did knowingly cause to be placed in a post office, in an authorized depository for mail matter to be sent and delivered by the Postal Service or caused to be deposited a matter or thing to be sent or delivered by private or commercial interstate carrier according to the directions thereon the following matters and things: the defendant caused the mailing of Advanced ENT TowneBank Check # 1216, dated 7/29/2016, to Bayport Federal Credit Union in the amount of $833.75, which the defendant used for personal purposes while concealing such transaction in the QuickBooks records of Advanced ENT.

(In violation of Title 18, United States Code, Section 1341 and 2.)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about February 16, 2017, in the Eastern District of Virginia and elsewhere, AMANDA VIGLIETTA, the defendant herein, knowingly made false statements for the purpose of influencing the action of Celtic Bank, an institution whose accounts are insured by the Federal Deposit Insurance Corporation, in connection with loan and credit applications, to wit: the defendant fraudulently applied for a loan using the name and identification information of T.V., including submitting a counterfeit Virginia Driver's License, falsely designed to obtain an SBA guaranteed business loan in the approximate amount of $150,000, the proceeds of which the defendant obtained and then spent on personal purposes.

(In violation of Title 18, United States Code, Section 1014).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

1.   The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2.   On or about February 16, 2017, in the Eastern District of Virginia and elsewhere, AMANDA VIGLIETTA, the defendant herein, did unlawfully, knowingly and intentionally transfer, possess and use, without lawful authority, a means of identification of another during and in relation to a felony violation of a provision contained in chapter 47 of Title 18 of the United States Code, to wit: False Statement on Loan Application, in violation of Title 18, United States Code, Section 1014, as follows: The defendant used the name, date of birth (year 1963), social security number (ending in 4435) of T.V. in order to apply for and obtain a loan with Celtic Bank.

(In violation of Title 18, United States Code, Section 1028A).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about March 13, 2017, in the Eastern District of Virginia and elsewhere, AMANDA VIGLIETTA, the defendant herein, having devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false, fraudulent and fictitious pretenses, representations and promises, as described in Paragraphs 13 - 21 above and incorporated herein by reference, for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, in the Eastern District of Virginia and elsewhere, did knowingly and willfully transmit and cause to be transmitted by means of wire communication in interstate commerce, certain signs, signals, and sounds, as described below, to/from or through computers or terminals in the Eastern District of Virginia from/to or through computers located outside the Commonwealth of Virginia, to wit: the defendant caused the disbursement of fraudulently obtained loan proceeds, via wire transmission, in the amount of approximately $148,400 from Celtic Bank, located in Salt Lake City, Utah to SunTrust Bank, in Newport News, Virginia.

(In violation of Title 18, United States Code, Sections 1343.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

UNITED STATES v. AMANDA VIGLIETTA, 4:18CR 36

A TRUE BILL:

_____

FOREPERSON

TRACY DOHERTY-MCCORMICK
UNITED STATES ATTORNEY

By: *[signature]*
Brian J. Samuels
Assistant United States Attorney
Virginia State Bar # 65898
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866